No. 95–83. MEGHRIG ET AL. *v.* KFC WESTERN, INC. C. A. 9th Cir. [Certiorari granted, 515 U. S. 1192.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 94–1941. UNITED STATES *v.* VIRGINIA ET AL.; and

No. 94–2107. VIRGINIA ET AL. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante*, p. 910.] Motion of the Solicitor General to dispense with printing the joint appendix granted. JUSTICE THOMAS took no part in the consideration or decision of this motion.

No. 94–2003. LOTUS DEVELOPMENT CORP. *v.* BORLAND INTERNATIONAL, INC. C. A. 1st Cir. [Certiorari granted, 515 U. S. 1191.] Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 94–2032. FRANKLIN ET AL. *v.* LAWRIMORE ET AL., *ante*, p. 801. Motion of appellees to retax costs granted.

No. 95–26. MARKMAN ET AL. *v.* WESTVIEW INSTRUMENTS, INC., ET AL. C. A. Fed. Cir. [Certiorari granted, 515 U. S. 1192.] Motion of American Board of Trial Advocates for leave to file a brief as *amicus curiae* granted.

No. 95–157. UNITED STATES *v.* ARMSTRONG ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 942.] Motion for appointment of counsel granted, and it is ordered that Joseph F. Walsh, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent Robert Rozelle in this case. Motion for appointment of counsel granted, and it is ordered that Barbara E. O'Connor, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent Shelton Auntwan Martin in this case. Motion for appointment of counsel granted, and it is ordered that Timothy C. Lannen, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent Aaron Hampton in this case.

No. 95–5207. COOPER *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, *ante*, p. 910.] Motion of American Association on Mental Retardation et al. for leave to file a brief as *amici curiae* granted.